**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | 17-32802 | |
| | ) | | |
| RAY BRIGGS, | ) | Chapter 13 | |
| | ) | | |
| Debtor(s). | ) | Judge: Schmetterer | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, ecfchi@gmail.com, courtmail@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Approve and Authorize Loan Modification** at which time and place you may appear.

    JUDGE:    Schmetterer
    ROOM:     682
    DATE:     August 1, 2018
    TIME:     10:00AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by David M. Siegel & Associates, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: July 25, 2018          /s/ Ryan J. McCready_____
                                         Ryan J. McCready,
                                         A.R.D.C. #: 6308289

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-32802 |
| | ) | |
| **RAY BRIGGS,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Schmetterer |

### MOTION TO APPROVE AND AUTHORIZE LOAN MODIFICATION

NOW COMES the Debtor, RAY BRIGGS, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 U.S.C. on November 1, 2017, and Tom Vaughn was appointed Trustee in the case.

3. The proposed plan provides that general unsecured creditors will receive no less than 100% of their allowed claims.

4. Rushmore Loan Management Services LLC (Rushmore) holds a mortgage lien on Debtors' real estate located at 334 Arizona Avenue, Glenwood, IL 60425.

5. The Debtors wish to enter into a loan modification agreement with Rushmore, have proposed terms of an agreement, subject to court approval and final approval by the Debtors and Rushmore. The current terms and proposed modified terms of the loan are included (See Exhibit A).

6. The summarized terms on the new agreement provides that as of May 22, 2018 the new principal balance of the Note will be $154,000.00, The interest rate will be set at 7.500% starting on June 1st, 2018 and his new monthly payment will be

      approximately $2,646.85, which includes both the $1,778.94 for the principal and interest and roughly $867.91 towards escrow each month, however that amount is expected to decrease in the near future.

7. The prior agreement secured a balance of $300,774.33 which included $236,966.96 principal, $29,041.74 interest at a rate of 7.500%, a $28,501.69 escrow deficiency, and $6,263.94 in fees and costs. (See Claim No. 4-1)

8. Debtor proposes to pay for the new amount through a reduction in the plan payment. In addition, the escrow analysis is ongoing and the final mortgage number is expected to be lower than indicated in the modification packet.

9. While the current packet has an escrow of $867.91 per month, in 2017 the property taxes were $3673.00 or approximately $306 each month.

10. The modification of the mortgage loans as proposed will help the Debtors to save the property and to continue with the chapter 13 plan.

    WHEREFORE, the Debtor, RAY BRIGGS, prays that this Honorable Court enter an Order to approve the loan modification with Rushmore, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

  /s/ Ryan J. McCready
Ryan J. McCready,
A.R.D.C. #: 6308289
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100