UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 17-32802
)
RAY BRIGGS )
) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER TO ALLOW LOAN MODIFICATION

THIS MATTER coming to be heard upon the Debtor's motion, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The loan modification agreement, as referenced in the motion, between Rushmore Loan Management and the Debtor is allowed.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  August 01, 2018

**Prepared by:**

Ryan J. McCready
IARDC#6308289
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100