# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 17-32802 |
| Ray G. Briggs<br>*dba Briggs Funeral & Cremation Service, LLC* | Chapter 13 |
| Debtor. | Hon. Judge Jack B. Schmetterer |

**NOTICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST TO MODIFY AUTOMATIC STAY AND FOR RELIEF FROM THE CO-DEBTOR STAY**

**VIA ELECTRONIC NOTICE:**

  Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

  David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

**VIA U.S. MAIL:**

  Ray G. Briggs
  334 Arizona Ave
  Glenwood, IL 60425

  Nellie Briggs
  334 North Arizona Avenue
  Glenwood, IL 60425
  (non-filing co-debtor)

  Rushmore Loan Management Service
  7515 Irvine Center Drive, Ste 100
  Irvine, CA 92618-2930

  Charter One Home Mortgage
  PO Box 42002
  Providence, RI, 02940-2002

PLEASE TAKE NOTICE that on August 23, 2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust to Modify Automatic Stay and for Relief from the Co-Debtor Stay, a copy of which is hereto attached.

Please take notice that on September 11, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust to Modify Automatic Stay and for Relief from the Co-Debtor Stay,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: August 23, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 23, 2019, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

| | |
|---|---|
| In Re: | Case No. 17-32802 |
| Ray G. Briggs<br>*dba Briggs Funeral & Cremation Service, LLC* | Chapter 13 |
| Debtor. | Hon. Judge Jack B. Schmetterer |

**MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST TO MODIFY AUTOMATIC STAY AND FOR RELIEF FROM THE CO-DEBTOR STAY**

U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust (hereinafter, "Movant"), a secured creditor herein, by its attorneys, the law firm of Sottile & Barile, LLC, respectfully requests this Court, pursuant to Sections 362 and 1301 of the Bankruptcy Code, and such other Sections and Rules as may apply, to enter an Order modifying the automatic stay and granting relief from the co-debtor stay as to Nellie Briggs to allow Movant to pursue possession and sale of its secured collateral. In support thereof, Movant states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On November 1, 2017, Ray G. Briggs ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code.

3. On October 13, 1998, the Debtor did execute a certain Note in the amount of $125,400.00 (Exhibit A), secured by a Mortgage on the property commonly known as 334 NORTH ARIZONA AVENUE, GLENWOOD, IL 60425 (Exhibit B).

4. On May 22, 2018, the Debtor entered into a Loan Modification Agreement effective June 1, 2018 (Exhibit C).

5. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtor's filing of this petition on November 1, 2017.

6. The Debtor's Chapter 13 Plan confirmed on October 10, 2018, states the debtor is to make direct payments to the Movant.

7. As of August 21, 2019, there remains due and owing on the Note and Mortgage referenced in paragraph three hereof, the unpaid principal balance of $151,801.12.

8. The Debtor is delinquent on post-petition mortgage payments to Movant. As of August 21, 2019, the account was past due for October 2018 for a total default of $32,563.47 which includes escrow advances for taxes and insurance.

9. Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

10. In addition to the Debtor, the following is a non-filing co-debtor who signed the Note or Mortgage and thus, relief from the co-debtor stay is also being sought: Nellie Briggs is listed on the Mortgage.

11. This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay and co-debtor stay provided by Section 362 and 1301 of the Bankruptcy Code.

Dated: August 23, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant