```
                                                09078206
                                           9076/0046 49 001 Page 1 of   2
                                           1999-11-17 09:57:10
                                           Cook County Recorder      23.50
```

When Recorded Return to:
~~WHEN RECORDED MAIL TO:~~

HOUSEHOLD FINANCE CORP.
WHOLESALE DOC. VERIFICATION
577 LAMONT ROAD
ELMHURST, IL 60126

Space Above for Recorder's Use

# CORPORATION ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to:
✳ Mortgage Electronic Registration Systems, Inc.

all beneficial interest under that certain Mortgage Dated: OCTOBER 13, 1998
Executed by: RAY BRIGGS and NELLIE BRIGGS, HUSBAND AND WIFE, Mortgagor, to: THE MORTGAGE TEAM, INC., Mortgagee, and recorded as Document No. 98962476 on 10/27/98 in Book _____, Page _____, of Official Records in the County Recorders Office of COOK County, ILLINOIS, describing land therein as:

LOT 230 IN GLENWOOD ESTATES UNIT NO. 5, IN THE EAST 1/2 OF THE NORTH EAST 1/4 OF SECTION 5, TOWNSHIP 35 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

✳ Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Household Finance Corporation, its successors and assigns, P.O. Box 2026, Flint, Michigan 48501-2026

GMD 0479 (494) Page 1 of 2

Together with the note therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

THE MORTGAGE TEAM, INC.

By: _____  Attest: _____
AMZIE GRANT    Vice President        DIANE L. BAINBRIDGE    Asst. Secretary

State of            County of

This instrument was acknowledged before me on __OCTOBER 13__, __1998__, by __AMZIE GRANT__ and __LINDA L. BAINBRIDGE__, as __ASST.__ Vice President and Asst. Secretary of THE MORTGAGE TEAM, INC.

(Seal)
_____
Notary Public
LONNA SHELLEY

EXP. DATE: 8-28-00

GMD 0479 (494) Page 2 of 2

Recording Requested By:
HSBC MORTGAGE SERVICES

When Recorded Return To:

ASSIGNMENTS
HSBC MORTGAGE SERVICES
577 LAMONT ROAD
ELMHURST, IL 60126

CODILIS & ASSOCIATES P.C.
15W030 NORTH FRONTAGE ROAD
SUITE 100
BURR RIDGE, IL 60527



Doc#: 0705326233 Fee: $28.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 02/22/2007 02:47 PM Pg: 1 of 3

## CORPORATE ASSIGNMENT OF MORTGAGE

Cook, Illinois

Date of Assignment: January 31st, 2007
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR HOUSEHOLD FINANCE CORPORATION "IT'S SUCCESSORS AND ASSIGNS " at 1595 SPRING HILL RD, STE 310, VIENNA, VA 22182
Assignee: HOUSEHOLD FINANCE CORPORATION III at 577 LAMONT ROAD, ELMHURST, IL 60126

Executed By: RAY BRIGGS AND NELLIE BRIGGS, HUSBAND AND WIFE To: THE MORTGAGE TEAM, INC.
Date of Mortgage: 10/13/1998 Recorded: 10/29/1998 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 98962476 In Cook, Illinois

Assessor's/Tax ID No. 03-05-223-045

Property Address: 334 NORTH ARIZONA AVENUE, GLENWOOD, IL 60425

Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $125,400.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

BOX 70

ATTN: DOC CONTROL
I ASSIGNMENTS

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR HOUSEHOLD FINANCE CORPORATION "ITS SUCCESSORS AND ASSIGNS"
On January 31st, 2007

By: _____
LARRY PETTRONE, Vice President

STATE OF Illinois
COUNTY OF Du Page

On January 31st, 2007, before me, ELIZABETH PECORARO, a Notary Public in and for Du Page in the State of Illinois, personally appeared LARRY PETTRONE, Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
ELIZABETH PECORARO
Notary Expires: 02/28/2009

"OFFICIAL SEAL"
ELIZABETH PECORARO
Notary Public, State of Illinois
My Commission Expires 02/28/09

(This area for notarial seal)

Prepared By:   Lakena Kelly, HSBC MORTGAGE SERVICES 577 LAMONT ROAD, ELMHURST, IL 60126 630-617-7000

0705326233 Page: 3 of 3

LOT 230 IN GLENWOOD ESTATES UNIT NO. 5, IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 35 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



Doc#: 1408433000 Fee: $60.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 03/25/2014 08:15 AM Pg: 1 of 2

RECORDING REQUESTED BY AND WHEN RECORDED RETURN TO:
CALIBER HOME LOANS
13801 Wireless Way
Oklahoma City, OK 73134

Prepared By: **Julia Jackson**         Loan Number:

Space Above This Line For Recorder's Use

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned **HOUSEHOLD FINANCE CORPORATION III** whose address is **636 GRAND REGENCY BLVD., BRANDON, FL 33510**, hereby grants, assigns and transfers to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134** all beneficial interest under that certain mortgage/Deed of Trust/Security Deed dated **10/13/1998** executed by **RAY BRIGGS and NELLIE BRIGGS** to **THE MORTGAGE TEAM, INC.** in the amount of **$125,400.00** and recorded on **10/27/1998** as Instrument # **98962476**, in Book/Volume or Liber No. N/A , Page/folio N/A of Official Records in the County Recorder's office of **COOK** County, **IL**, describing land herein as: **'SEE ATTACHED 'EXHIBIT A'**

Property Address:    **334 NORTH ARIZONA AVENUE, GLENWOOD IL 60425**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said mortgage/Deed of Trust/Security Deed.

HOUSEHOLD FINANCE CORPORATION III, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT

Witness #1  Ashley Fauney

Witness #2  Sasha Candelaria

County of San Diego )        By: **Adan Roesner**
State of California )        Title: **Vice President**

On __March__ __5__, __2014__ before me, Angelika G. Garrow, Notary Public, personally appeared, Adan Roesner, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand official seal,

Notary Name: Angelika G. Garrow        My Commission Expires: 7-12-17

```
ANGELIKA G. GARROW
Commission # 2033089
Notary Public - California
San Diego County
My Comm. Expires Jul 12, 2017
```

Non-Order Search                                            Page 1 of 2

**EXHIBIT A**

LOT 230 IN GLENWOOD ESTATES UNIT NO. 5, IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 35 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



COOK COUNTY
RECORDER OF DEEDS
SCANNED BY _____

COOK COUNTY
RECORDER OF DEEDS
SCANNED BY _____

Doc#: 1617657217 Fee: $52.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 06/24/2016 01:01 PM Pg: 1 of 3

**RECORDING REQUESTED BY:**
SELECT PORTFOLIO SERVICING, INC.

**WHEN RECORDED MAIL TO:**
Bill Koch
SELECT PORTFOLIO SERVICING, INC.
3217 S. DECKER LAKE DRIVE
SALT LAKE CITY, UT, 84119

Client Ref #: ▓▓▓▓▓▓

## CORPORATE ASSIGNMENT OF MORTGAGE

L/COOK

Assignment Prepared on: May 17, 2016

**Assignor:** U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee:** CHRISTIANA TRUST; A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS INDENTURE TRUSTEE, FOR THE CSMC 2014-RPL3 TRUST, MORTGAGE-BACKED NOTES, SERIES 2014-RPL3, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage dated 10/13/1998, in the amount of $125,400.00, executed by RAY BRIGGS, A MARRIED MAN to THE MORTGAGE TEAM, INC. and Recorded: 10/27/1998, Instrument No.: 98962476 in COOK County, State of ILLINOIS.

Property Address: 334 NORTH ARIZONA AVENUE, GLENWOOD, IL, 60425
Assessor's No.: 03-05-223-045-0000
Legal Description:
LOT 230 IN GLENWOOD ESTATES UNIT NO. 5, IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 35 RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Page: 2 of 2 / Client Ref #: ▆▆▆▆▆

U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT

On: 06/20/2016

Signature: Maria Stutz Felt
Name: Maria Stutz Felt
Title: Document Control Officer

State of UTAH
County of SALT LAKE

On JUN 20 2016, before me, Erin Webster, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Maria Stutz Felt, Document Control Officer, U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.   ⅹ Personally Known

WITNESS my hand and official seal,

Erin Webster
Notary Expires: AUG 2 2 2017 / #: ▆▆▆▆▆

ERIN WEBSTER
Notary Public State of Utah
My Commission Expires on:
August 22, 2017
Comm. Number: 669539

**Document Prepared by:** BILL KOCH, SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119, (800) 258-8602

**IL/COOK**

LOT 230 IN GLENWOOD ESTATES UNIT NO. 5, IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 35 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



Doc# 1805255162 Fee: $50.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 02/21/2018 01:11 PM Pg: 1 of 1

**ILLINOIS**
COUNTY OF COOK (A)

PREPARED BY: SELECT PORTFOLIO SERVICING, INC.
3217 S. DECKER LAKE DR.
SALT LAKE CITY, UT 84119
WHEN RECORDED MAIL TO:

# CORPORATION ASSIGNMENT OF REAL ESTATE MORTGAGE

FOR VALUE RECEIVED, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS INDENTURE TRUSTEE, FOR THE CSMC 2014-RPL3 TRUST, MORTGAGE-BACKED NOTES, SERIES 2014-RPL3 located at C/O SELECT PORTFOLIO SERVICING, INC. 3217 S. DECKER LAKE DR., SALT LAKE CITY, UT 84119, Assignor, does hereby grant, assign, and transfer to MTGLQ INVESTORS, LP located at 6011 Connection Drive, Irving, TEXAS 75039, Assignee, its successors and assigns, that certain Real Estate Mortgage dated OCTOBER 13, 1998, executed by RAY BRIGGS, A MARRIED MAN, Mortgagor, to THE MORTGAGE TEAM, INC., Original Mortgagee, and recorded on OCTOBER 27, 1998 in Liber/Cabinet 2560 at Page/Drawer 0196 as Document/Instrument No. 98962476 in the Office of the Recorder of Deeds for COOK (A) County, State of ILLINOIS.

LEGAL DESCRIPTION: LOT 230 IN GLENWOOD ESTATES UNIT NO. 5, IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 35 RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PROPERTY ADDRESS: 334 NORTH ARIZONA AVENUE, GLENWOOD, IL 60425

TOGETHER WITH all rights, title and interest, accrued or to accrue under said real estate Mortgage.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this **OCTOBER 12, 2017.**

CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS INDENTURE TRUSTEE, FOR THE CSMC 2014-RPL3 TRUST, MORTGAGE-BACKED NOTES, SERIES 2014-RPL3, BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT

MARSHA WOODBURY, ASSISTANT VICE PRESIDENT

STATE OF IDAHO    COUNTY OF BONNEVILLE    ) ss.

On OCTOBER 12, 2017, before me, DALLAS STEPHENSON, personally appeared MARSHA WOODBURY known to me to be the ASSISTANT VICE PRESIDENT of the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

DALLAS STEPHENSON (COMMISSION EXP. 02/13/2021)
NOTARY PUBLIC

[DALLAS STEPHENSON
NOTARY PUBLIC
STATE OF IDAHO]

Page 1 of 1

Doc#. 1921817058 Fee: $98.00
Edward M. Moody
Cook County Recorder of Deeds
Date: 08/06/2019 10:28 AM Pg: 1 of 2

**Prepared By:**
Jangapalli Srinivas
SOURCEPOINT
2330 Commerce Park Drive, Suite 2
PALM BAY, FL - 32905
Record and Return to:



## ASSIGNMENT OF MORTGAGE

**Name and Address of Assignor:**

MTGLQ Investors, L.P.

2001 Ross Avenue Suite 2800
Dallas TX - 75201.

**Name and Address of Assignee:**

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST
300 DELAWARE AVE. 9TH FL.
WILMINGTON DE - 19801.

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, **MTGLQ Investors, L.P.**, "Assignor", whose address is above, does hereby grant, sell, assign, transfer and convey to **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST**, "Assignee," whose address is above, all interest of the undersigned Assignor in and to the following described mortgage dated : **10/13/1998**

**Executed by (Mortgagor (s)): RAY BRIGGS, A MARRIED MAN**

**To and in favor of (Mortgagee): THE MORTGAGE TEAM, INC.,**

**Filed of Record:** In Book 2560, Page 196, Document/Inst. No. **98962476**, in the Recorder's Office of **COOK** County, IL, on **10/27/1998**

**Property: 334 NORTH ARIZONA AVENUE , GLENWOOD, IL - 60425.**

Given: to secure a certain Promissory Note in the amount of $125,400.00 payable to Mortgagee.

Together with the note(s) and obligations therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Mortgage. TO HAVE AND TO HOLD the same unto Assignee and unto its successors and assigns forever, subject only to the terms and conditions of the above-described Mortgage. Assignor is the present holder of the above-described Mortgage. IN WITNESS WHEREOF, this assignment was executed by the undersigned Assignor on this the ___JUL 1 6 2019___.

**Legal Description : LOT 230 IN GLENWOOD ESTATES UNIT NO.5, IN THE EAST ½ OF THE NORTHEAST ¼ OF SECTION 5, TOWNSHIP 35 RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

Signed, sealed and delivered in our presence:

MTGLQ Investors, L.P.

Erin Jemison
Title: Vice President

STATE OF Texas COUNTY OF Dallas

This instrument was acknowledged before me on ____JUL 1 6 2019_____ by Erin Jemison, Vice President of MTGLQ Investors, L.P., on behalf of said corporation.



Natalie Flowers
My Commission Expires
11/29/2022
ID No. 124227602

Notary Public: Natalie Flowers
My commission expires: NOV 2 9 2022

No title search was performed on the subject property by the preparer. The preparer of this document makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantor/Grantee and /or their agents; no boundary survey was made at the time of this conveyance.