Exhibit D

**SN Servicing Corporation**

**Loan History - General**

Borrower: BRIGGS

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2019 | 5/15/2019 | 10/1/2018 | New Loan | | 0 | 0 | $.00 | $151,535.34 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 5/16/2019 | 5/16/2019 | 10/1/2018 | Other Fee Assessment | | 96 | 0 | ($1,596.00) | $.00 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 5/16/2019 | 5/16/2019 | 10/1/2018 | Other Fee Assessment | | 95 | 0 | ($533.70) | $.00 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 5/16/2019 | 5/16/2019 | 10/1/2018 | Escrow Adjustment | | 0 | 0 | ($3,466.13) | $.00 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | ($3,466.13) | ($3,466.13) | $.00 | $.00 |
| 7/16/2019 | 7/16/2019 | 8/1/2019 | Tax Bill 2 Disbursement | Property Tax-071619-tt | 30 | 36138 | ($7,003.16) | $.00 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | ($7,003.16) | ($10,469.29) | $.00 | $.00 |
| 7/17/2019 | 7/17/2019 | 7/1/2019 | Late Charge Assess | | 0 | 0 | ($71.16) | $.00 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($10,469.29) | ($71.16) | $71.16 |
| 8/2/2019 | 8/2/2019 | 10/1/2018 | Escrow Disbursement | FPI Escrow | 0 | 38147 | ($337.87) | $.00 | $151,535.34 | $0.00 | $.00 | $.00 | $.00 | ($337.87) | ($10,807.16) | $.00 | $71.16 |
| | | | Totals | | | | ($13,008.02) | $151,535.34 | | | $.00 | $.00 | | ($10,807.16) | | ($71.16) | |

*Contains Customer Private Information - handle securely.*

| Assistance Am |
|---|
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |

*Contains Customer Private Information - handle securely.*