UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.:   17-32802 |
| Ray G. Briggs ) | |
| dba Briggs Funeral & Cremation Service, ) | Chapter: 13 |
| LLC ) | Honorable Jack B. Schmetterer |
| ) | |
| ) | |
| Debtor(s) ) | |

**Order Granting Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust to Modify Automatic Stay and for Relief from the Co-Debtor Stay**

This cause coming before the Court upon the Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code and for Relief from the Co-Debtor Stay pursuant to Section 1301, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust to Modify Automatic Stay is hereby granted;

2. That the Motion for Relief from the Co-Debtor Stay, as it relates to Nellie Briggs is granted;

3. That the automatic stay provided by Sections 362 of the Bankruptcy Code and the Co-Debtor Stay protection of Section 1301, is hereby modified as to Debtor, Ray G. Briggs and the non-filing, co-debtor, Nellie Briggs, to permit U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust to take possession of, sell and foreclose its security interest in the property located at 334 NORTH ARIZONA AVENUE, GLENWOOD, IL 60425, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Dated:                                                                                   United States Bankruptcy Judge

**Prepared by:**
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com

Rev: 20151029_bko