**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| RAY G. BRIGGS, | ) | Case No. 17-32802 |
| | ) | |
| Debtor. | ) | Judge Schmetterer |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*The following persons or entities who have been served via U.S. Mail*:
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

```
JUDGE:    Schmetterer
ROOM:     682
DATE:     November 6, 2019
TIME:     10:00 AM
```

## PROOF OF SERVICE

The undersigned hereby certifies under oath and under all penalties of perjury that a copy of this Notice of Motion and attachments were served on the above-named persons and/or entities either electronically by the bankruptcy court or by depositing same into the U.S. Mail in Wheeling, Illinois with proper postage prepaid before 5:00 pm on October 16, 2019.

/s/ Jeffrey A. Soufal
Jeffrey A. Soufal, ARDC #6227155
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Ray G. Briggs
334 Arizona Ave
Glenwood, IL 60425

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602-1332

AT&T Mobility II LLC
c/o AT&T SERVICES INC.
KAREN A. CAVAGNARO LEAD PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

Exeter Finance LLC
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118

U.S. Bank Trust National Association as Trustee
of the Chalet Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| RAY G. BRIGGS, | ) | Case No. 17-32802 |
| | ) | |
| Debtor. | ) | Judge Schmetterer |

**MOTION TO MODIFY CHAPTER 13 PLAN**

NOW COMES the debtor, RAY G. BRIGGS, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On November 1, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on October 10, 2018.  Tom Vaughn was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $650.00 for an initial plan term of 60 months, with payments to the general unsecured creditors of 100% of their allowed claims.

4) The Debtor has paid $15,046.32 into his Chapter 13 plan over the 23 months since the case was filed.

5) The Debtor has a plan payment default because he was out of work temporarily while he was undergoing treatment for prostate cancer.

6) The Debtor is back to work now and can resume regular payments to the Trustee, but cannot cure his default.

7) The Debtor proposes to modify his Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the plan payment default to the end of the plan.  Debtor makes this proposal in good faith and with the intention of completing his Chapter 13 plan.

8)     Modifying the plan in this way will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay general unsecured creditors 100% of their allowed claims.

WHEREFORE, the Debtor, RAY G. BRIGGS, prays that this Honorable Court enter an Order modifying the Chapter 13 Plan as above and granting any other and further relief the Court deems fair and proper.

    Respectfully Submitted,

    /s/ Jeffrey A. Soufal
    Jeffrey A. Soufal, ARDC #6227155
    Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100