B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re RAY G. Briggs                    ,                    Case No. 17-32802

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems, LLC | EXETER FINANCE LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jefferson Capital Systems, LLC
  PO BOX 7999
  Saint Cloud , MN 56302-9617

Phone: 888-836-6853
Last Four Digits of Acct #:   8336

Court Claim # (if known):   3
Amount of Claim:   22772.42
Date Claim Filed:   02/23/2018

Phone: 817-277-2011
Last Four Digits of Acct. #:   8336

Name and Address where transferee payments should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO BOX 772813
  Chicago , IL 60677-2813
Phone: 888-836-6853
Last Four Digits of Acct #:   8336

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Karen Borgmann (Bankruptcy Specialist)        Date: 2/22/2021
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EXHIBIT D

### WAIVER OF NOTICE OF CLAIM

Exeter Finance LLC, ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from automobile loans ("Contracts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver by and through its duly authorized officer.

Exeter Finance LLC

By: _____

Brad Martin, President & COO

DB1/ 105523626.6

6