NTCASCLM

# United States Bankruptcy Court

### *Northern District of Illinois*

### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

In Re:

Ray G. Briggs
334 Arizona Ave
Glenwood, IL 60425
SSN: xxx−xx−7298 EIN: N.A.
dba Briggs Funeral & Cremation Service, LLC

Case No. : 17−32802

Chapter : 13

Judge : Jack B. Schmetterer

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Exeter Finance LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to JEFFERSON CAPITAL SYSTEMS LLC of your claim in the above matter, designated Claim No. 3 .   If no objections are filed by you on or before March 15, 2021 the Court shall substitute JEFFERSON CAPITAL SYSTEMS LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: February 23, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 17-32802-JBS

Ray G. Briggs                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: agalimba                                    Page 1 of 2

Date Rcvd: Feb 23, 2021                   Form ID: ntcasclm                              Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ray G. Briggs, 334 Arizona Ave, Glenwood, IL 60425-1002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 29248661 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2021 00:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David M Siegel | on behalf of Debtor 1 Ray G. Briggs davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Jennifer M Rinn | on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LP Jennifer@rinnrichmanlaw.com, IL.ECF@aislegaltrac.com |
| Joel P Fonferko | on behalf of Creditor MTGLQ Investors  LP ND-One@il.cslegal.com |

Jon J Lieberman

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust
bankruptcy@sottileandbarile.com

M.O. Marshall

ecf@55chapter13.com  ecfchi@gmail.com

Patrick S Layng

USTPRegion11.ES.ECF@usdoj.gov


TOTAL: 6